**IN RE: Erwin SCHOLLMAYER, Appellant**

2017-1574

United States Court of Appeals, Federal Circuit.

February 12, 2018

DOUGLAS ALAN ROBINSON, Harness, Dickey & Pierce, PLC, St. Louis, MO, argued for appellant. Also represented by MATTHEW L. CUTLER, LEANNE M. RAKERS.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, SARAH E. CRAVEN, THOMAS W. KRAUSE.

(Dyk, O'Malley, and Hughes, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**ATTENUATION ENVIRONMENTAL COMPANY, Appellant**

v.

**CHAIRMAN OF THE UNITED STATES NUCLEAR REGULATORY COMMISSION, Appellee**

2017-1642

United States Court of Appeals, Federal Circuit.

February 12, 2018

JUSTIN E. PROPER, White & Williams LLP, Philadelphia, PA, argued for appellant.

JOSHUA A. MANDLEBAUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE.

(Prost, Chief Judge, Moore and Stoll, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**